FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16 PM 4:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RIYNELL JACKSON                                       CIVIL ACTION

VERSUS                                                NUMBER: 05-2644

MARLIN GUSMAN, ET AL                                  SECTION: "D"(5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(E)(2)(B)(i) and (ii). See Marts v. Hines, 117 F.3d 1504 (5th Cir. 1997)(en banc), cert. denied, 522 U.S. 1058, 118 S.Ct. 716 (1998).

New Orleans, Louisiana, this 14 day of Aug, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____